# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2011

Robert P. Young, Jr.,
Chief Justice

140841 & (58)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re CW, BW, and DW, Minors.

_____/

CW, BW, and DW,
            Appellees,

and

VALERIU MARTIN and KAREN MARTIN,
            Petitioners-Appellants,

v                                                                     SC: 140841
                                                                      COA: 292866
                                                                      Genesee CC Family Division:
DEPARTMENT OF HUMAN SERVICES,        09-016660-AM
            Respondent-Appellee.

_____/

By order of November 19, 2010, while retaining jurisdiction, we remanded this case to the Genesee Circuit Court, Family Division, for further proceedings. On order of the Court, the circuit court having conducted an evidentiary hearing pursuant to MCL 710.45(2) and having issued its opinion and order on January 20, 2011, we now AFFIRM the circuit court's decision. The circuit court did not clearly err in holding that the petitioners had not shown by clear and convincing evidence that the decision of the Superintendent of the Michigan Children's Institute to withhold consent to the petitioners to adopt the minor children was arbitrary and capricious.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2011

_____
                                            Clerk

d0316